UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIUS ROBUSTELLI,

               Plaintiff,

      -against-

MOBILE LIFE SUPPORT SERVICES, INC.,

               Defendant.

**ORDER**

19-CV-04419 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared at The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York, in Courtroom 520 at 10:00 a.m. today. Oral argument was had on the record.

    For the reasons indicated on the record and law cited therein, the Court: (1) GRANTS Defendant's motion for summary judgment dismissing Plaintiff's ADA claim against Defendant with prejudice; and (2) declines to exercise jurisdiction over the remaining claim under the NYSHRL against Defendant and dismisses same without prejudice. See transcript.

    The Clerk of Court is respectfully requested to terminate the motion (Doc. 27), and to close this case.

                         **SO ORDERED:**

Dated:  White Plains, New York
         September 15, 2021

                         PHILIP M. HALPERN
                         United States District Judge