UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARIUS ROBUSTELLI,

                Plaintiff,                19 **CIVIL** 4419 (PMH)

    -against-                         **JUDGMENT**

MOBILE LIFE SUPPORT SERVICES, INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 15, 2021, the Court: (1) GRANTS Defendant's motion for summary judgment dismissing Plaintiff's ADA claim against Defendant with prejudice; and (2) declines to exercise jurisdiction over the remaining claim under the NYSHRL against Defendant and dismisses same without prejudice. See transcript; accordingly, this case is closed.

**Dated:**  New York, New York
          September 15, 2021

                                                **RUBY J. KRAJICK**
                                                   Clerk of Court
                                **BY:**
                                                     Deputy Clerk